Northern District Of Ohio  
United States Bankruptcy Court  
1716 Spielbusch Ave Room 411  
Toledo, OH 43604  
**Case No. 19–30352–maw**

**In re:**
    Courtney R. Johnson  
    2921 Port Clinton Road  
    Fremont, OH 43420

**Social Security No.:**
    xxx–xx–3159

### NOTICE OF PRELIMINARY HEARING ON RELIEF FROM STAY & ABANDONMENT

American Honda Finance Corp filed papers with the Court requesting Relief and Abandonment re: 2018 Honda Accord. The Preliminary Hearing will not be held absent a response being filed with the Court.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before March 27, 2019 you or your attorney must:

**File with the court a written response at:**  
United States Bankruptcy Court  
1716 Spielbusch Ave Room 411  
Toledo, OH 43604

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

**You must also mail a copy to:**

**Trustee**  
Ericka S. Parker Trustee  
P.O. Box 262  
Curtice, OH 43412

| **Debtor's Attorney** | **Movant's Attorney** |
|---|---|
| Patricia A. Kovacs | Molly Slutsky Simons |
| PO Box 257 | P.O. Box 476 |
| Curtice, OH 43412 | Loveland, OH 45140 |

**And attend the hearing scheduled for:**  
Thursday, April 11, 2019 at 9:30 AM  
US Bankruptcy Court, 1716 Spielbusch Ave  
Courtroom #2, Room 103, Toledo, OH 43604

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** March 13, 2019                              For the Court  
Form ohnb233                                      Teresa D. Underwood, Clerk